[No. 15542-7-II.   Division Two.   September 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFFREY
D. RICH, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00036-0, Gary W. Velie, J., entered November 8, 1991. *Reversed* by unpublished per curiam opinion.

[No. 13658-9-II.   Division Two.   September 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY
RAY BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-1-00104-0, David E. Foscue, J., entered February 5, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Seinfeld, J.

[No. 14435-2-II.   Division Two.   September 10, 1992.]

WILLIAM BRADLEY FOX, *Appellant*, v. GRAYS HARBOR
COMMUNITY HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-2-00180-2, David E. Foscue, J., entered October 26, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Seinfeld, J.